In the Matter of the Accounting of New Rochelle Trust Company, as Substituted Trustee under the Will of Charles H. Young, Deceased, Appellant; Florence Y. McKeage et al., Respondents.

In the Matter of the Accounting of New Rochelle Trust Company, as Substituted Trustee under the Will of Charles H. Young, Deceased, Appellant; Margaret Young et al., Respondents.

Argued April 21, 1937; decided May 25, 1937.

*Albert Ritchie* and *Frederick H. Seacord, Jr.,* for appellant.

*Frederick C. McLaughlin* and *Ralph A. Bullock* for respondents.

In each proceeding: order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.